IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-156-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| ISRAEL PACHECO, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Untimely File Sentencing Memorandum (Doc. 69), and for good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Motion to Untimely File Sentencing Memorandum (Doc. 69) is GRANTED.

DATED this 11th day of June, 2019.

SUSAN P. WATTERS
United States District Judge

1