FILED

JUN 20 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISRAEL PACHECO, <br><br> Defendant. | CR 18-156-BLG-SPW-3 <br><br><br> ORDER |

For the reasons stated on the record, ISRAEL PACHECO is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of June, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1