FILED

JAN 0 9 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-156-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| ISRAEL PACHECO, | |
| Defendant. | |

For the reasons stated on the record, ISRAEL PACHECO is hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of January, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1